DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Wissink<br><br>Case below:<br>172 N.C. App. 829 | No. 484P05 | 1. AG's Motion for Temporary Stay (COA04-1081) | 1. Allowed Pending Determination of PDR<br>**360 N.C. 77** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed 12/19/06 |
| State v. Witherspoon<br><br>Case below:<br>178 N.C. App. 394 | No. 418P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1467) | Denied 12/14/06 |
| State ex rel. Utils. Comm'n v. Wardlaw<br><br>Case below:<br>179 N.C. App. 582 | No. 573P06 | Appellants' (Wardlaw) PDR Under G.S. 7A-31 (COA05-1481) | Denied 12/14/06 |
| Thompson v. Lee Cty.<br><br>Case below:<br>179 N.C. App. 656 | No. 577P06 | Plaintiffs' PDR Under G.S. 7A-31 (COA05-1578) | Denied 12/14/06 |

## PETITION TO REHEAR

| | | | |
|---|---|---|---|
| Ezell v. Grace Hosp.<br><br>Case below:<br>360 N.C. 529 | No. 044A06 | 1. Plt's (Ezell) Petition to Rehear | 1. Denied 12/14/06 |
| | | 2. Plt's (Ezell) Motion to Amend Mandate | 2. Denied 12/14/06 |